IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-41134
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee

                    versus

JOSEPH VITO FAZIO,

                              Defendant-Appellant

**********************************************************

No. 97-41135

UNITED STATES OF AMERICA

                              Plaintiff-Appellee

                    versus

LEE JAMES JENSEN

                              Defendant-Appellant


_____

Appeals from the United States District Court
      for the Eastern District of Texas
              (1:96-CR-117-2)
_____
         September 14, 1998



Before REYNALDO G. GARZA, HIGGINBOTHAM, and EMILIO M. GARZA,
Circuit Judges.

PER CURIAM:*

     This case presents a close question regarding the validity of

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

an automobile search on an interstate highway.  It boils down to a judgment call of whether the arresting officer unreasonably extended an otherwise legal detention.

We have considered the briefs, heard oral argument, reviewed the transcripts of the videotaped arrest, and the hearings on the motion to suppress.  Ultimately, we are persuaded that the district court did not err in denying the motion to suppress.  For essentially the reasons stated by the district court, we AFFIRM.